UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MENDOCINO FEDERAL INDIAN
RESERVE and CHIEF JUSTICE
LANGENDERFOR

        Plaintiffs,

    v.

PUBLIC STATE CALIFORNIA, et al.,

        Defendants.

Case No.  15-cv-00152-WHO

**ORDER DISMISSING IFP COMPLAINT
WITH LEAVE TO AMEND**

Re: Dkt. No. 11

On March 19, 2015, I granted plaintiff's application to proceed *in forma pauperis* but dismissed his complaint with leave to amend under 28 U.S.C. section 1915(e)(2) because it was impossible to discern any of the essential details of the events that triggered his lawsuit or the legal theories under which he sought relief.  Dkt. No. 10.

Plaintiff has filed an amended complaint which is handwritten and largely illegible.  Dkt. No. 11.  I can read phrases that refer to medical marijuana, wind, water, bio-fuel, Indian treaties, the Mendocino Indian Reserve, and various government agencies' management of property in Mendocino, but I cannot decipher it well enough to discern his legal theories or the relief he seeks.  Accordingly, the amended complaint fails to state a claim on which relief may be granted and is DISMISSED under 28 U.S.C. § 1915(e)(2)(B) (court shall dismiss IFP complaint if it is "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted.").

Plaintiff may have an opportunity to file a second amended complaint.  He shall do so by **July 23, 2015**.  I encourage him to type his second amended complaint or to write it neatly, in print, double-spaced on the page, so that I can read all of it.  If the second amended complaint is also unintelligible, I will have to dismiss this lawsuit with prejudice.

      **IT IS SO ORDERED**.

Dated: June 18, 2015



WILLIAM H. ORRICK
United States District Judge