United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THOMAS DAVID LANGENDERFER,

       Plaintiff,

    v.

2.44 GOVERNMENT FORT BRAGG, et al.,

       Defendants.

Case No. 15-cv-00152-WHO (PR)

**ORDER RECLASSIFYING SUIT**

    The Clerk shall reclassify this action as Nature of Suit (NOS) 550.

    The Clerk shall also amend the docket to reflect that Thomas David Langenderfer is the sole plaintiff in this action.

    **IT IS SO ORDERED.**

**Dated:** September 16, 2015



WILLIAM H. ORRICK
United States District Judge