UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DAVID LANGENDERFER,<br>Plaintiff,<br>v.<br>PUBLIC STATE CALIFORNIA, et al.,<br>Defendants. | Case No. 15-cv-00152-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Thomas Langenderfer has failed to comply with the Court's order to file an amended complaint using this Court's form. Accordingly, this federal civil rights action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Langenderfer may move to reopen the action. Any such motion **must** contain an amended complaint using this Court's form.

The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** October 28, 2015

_____
WILLIAM H. ORRICK
United States District Judge